**Order entered November 18, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00980-CV

### IN THE INTEREST OF M.D.M.-C., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-21123**

## ORDER

Before the Court is appellant's October 31, 2019 motion seeking an eight-day extension of time to file his brief on the merits. We **GRANT** appellant's motion as follows. We **ORDER** the brief tendered to this Court by appellant on November 15, 2019 filed as of the date of this order.

/s/    BILL WHITEHILL
       JUSTICE